Same case below, 391 Fed. Appx. 311.

**No. 10-8062. Derek Joseph Carlson, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1058, 178 L. Ed. 2d 875, 2011 U.S. LEXIS 1045.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 613 F.3d 813.

**No. 10-8063. Herold George Voice, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1058, 178 L. Ed. 2d 875, 2011 U.S. LEXIS 1054.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 622 F.3d 870.

**No. 10-8069. Christopher R. Saleh, Petitioner v. George Dunbar, Warden, et al.**

562 U.S. 1206, 131 S. Ct. 1058, 178 L. Ed. 2d 875, 2011 U.S. LEXIS 981.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 393 Fed. Appx. 566.

**No. 10-8070. Dedrick Germond Smith, aka Derrick Smith, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1058, 178 L. Ed. 2d 875, 2011 U.S. LEXIS 1025.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8072. Stanley Thomas Brazil, Jr., Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1058, 178 L. Ed. 2d 875, 2011 U.S. LEXIS 917.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 395 Fed. Appx. 205.

**No. 10-8073. Joseph Tinker, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1059, 178 L. Ed. 2d 875, 2011 U.S. LEXIS 950.

January 24, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 985 A.2d 463.

**No. 10-8074. David Casas-Herrera, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1059, 178 L. Ed. 2d 875, 2011 U.S. LEXIS 1050.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 404 Fed. Appx. 212.

**No. 10-8075. Jose Vargas Espinoza, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1059, 178 L. Ed. 2d 875, 2011 U.S. LEXIS 938.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 122.